SARAH A. MEAD, APPELLEE, v. MAURICE A. HOOVER ET AL.,
APPELLANTS.

FILED JANUARY 8, 1902.   No. 10,905.

1. Foreclosure Sale:  DECREE:  AUTHORITY OF SHERIFF.  A decree fore-
closing a real estate mortgage, is sufficient authority to the
sheriff to make the sale thereunder.

2. Order of Sale:  CLERICAL ERRORS.  Mere clerical errors in an order
of sale, which are not prejudicial, will not invalidate a sale
made in pursuance thereof.

3. Judicial Sale.  NOTICE:  DATE OF DECREE.  A sale will not be vacated
merely because the notice of sale does not correctly state the
date the decree was rendered, where the notice otherwise with
sufficient accuracy describes the decree under which the sale
was made.

APPEAL from the district court for Buffalo county.
Heard below before SULLIVAN, J.  *Affirmed.*

*Willis D. Oldham* and *Miller & Easterling*, for appel-
lants.

*E. C. & H. V. Calkins, contra.*

NORVAL, C. J.

Errors are alleged in the overruling of defendants' mo-
tion to vacate a judicial sale of real estate.  There are some
clerical errors in the order of sale, but they are unimpor-
tant and not prejudicial.  The decree alone was sufficient
authority to the sheriff to make the sale.  The notice of
sale, in describing the decree, gave a date different from
that on which the same was rendered, but this did not in-
validate the sale, since the published notice with sufficient

particularity otherwise described the decree, the court in which it was rendered and the names of the parties being stated. The other criticisms upon the sale, are likewise without merit.

The order is

AFFIRMED.